Skip Winters, OSB No. 944669
Email: winters@bodyfeltmount.com
Helaina L. Chinn, OSB No. 163604
Email: chinn@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Of Attorneys for Defendant Cottage Grove Chevrolet, Inc., dba Brad's Cottage Grove Chevrolet

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| STACEY RANDALL, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>COTTAGE GROVE CHEVROLET, INC., dba BRAD'S COTTAGE GROVE CHEVROLET,<br><br>   Defendant. | Case No. 6:18-cv-01207-TC<br><br>**DECLARATION OF HELAINA CHINN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES** |

I, Helaina Chinn, do declare and state as follows:

1. I am one of the attorneys for defendant Cottage Grove Chevrolet, Inc. ("defendant") in this matter. I make this declaration in support of Defendant's Unopposed Motion to Extend Pretrial Deadlines. This declaration is based on my personal knowledge of the facts and circumstances of this matter. I am competent to testify as to the matters stated herein.

2. The parties to this case have attempted to make good use of the prior time provided in the schedule.

**Page 1 - DECLARATION OF HELAINA CHINN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES**

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

3.  The discovery in this matter is ongoing and both parties have experienced some delays in completing discovery.

4.  The parties need additional time in order to complete discovery, and an opportunity to do so may facilitate the resolution of this matter.

**Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.**

Dated this 28th day of February, 2019.

        **BODYFELT MOUNT LLP**


BY:   s/ Helaina L. Chinn
      Helaina L. Chinn, OSB No. 163604
      Email: chinn@bodyfeltmount.com
      Phone: (503) 243-1022
      Fax: (503) 243-2019

      Trial Attorney: Skip Winters, OSB No. 944669

      Of Attorneys for Defendant Cottage Grove
      Chevrolet, Inc., dba Brad's Cottage Grove Chevrolet

Page 2 - DECLARATION OF HELAINA CHINN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that I served a true copy of the foregoing **DECLARATION OF HELAINA CHINN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES** on the following attorneys on the date noted below by the method indicated:

Andrew Lewinter
Andrew Lewinter, Attorney, P.C.
132 E Broadway, Suite 821
Eugene, OR  97401
Fax: (541) 686-1300
Email: Andrew@lewinterlaw.com
  *Of Attorneys for Plaintiff Stacey Randall*

Method:
- ☐ US Mail, postage prepaid
- ☐ Facsimile
- ☐ Hand Delivery
- ☒ CM/ECF Electronic Service

Dated this 28th day of February, 2019.

       BY:  s/ Helaina L. Chinn
         Skip Winters, OSB No. 944669
         Email: winters@bodyfeltmount.com
         Helaina L. Chinn, OSB No. 163604
         Email: chinn@bodyfeltmount.com
         Phone: (503) 243-1022
         Fax: (503) 243-2019

         Of Attorneys for Defendant Cottage Grove
         Chevrolet, Inc., dba Brad's Cottage Grove Chevrolet

Page 1 - **CERTIFICATE OF SERVICE**

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019