UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No.: 6:18-cv-01207-TC

STACEY RANDALL

                Plaintiff(s),

v.

COTTAGE GROVE CHEVROLET, INC.

                Defendant(s).

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 04/05/2019.

Signature: _[signature]_

Name and Bar Number: Eric Skip Winters, OSB No. 944669

E-mail Address: winters@bodyfeltmount.com

Firm Name: Bodyfelt Mount LLP

Mailing Address: 319 SW Washington Street, Suite 1200

City, State, Zip: Portland, OR 97204

Party Represented: Defendant

[Rev. 01/2018]

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**STACEY RANDALL**

Plaintiff,

Case No.: 6:18-cv-01207-TC

v.

**COTTAGE GROVE CHEVROLET, INC.**

Defendant.

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED: 4/4/19

Signature: _____

Name and OSB ID: Andrew Lewinter, 080031

E-mail Address: andrew@lewinterlaw.com

Firm Name: Andrew Lewinter, Attorney, P.C.

Mailing Address: 132 E. Broadway, Suite 821

City, State, Zip: Eugene, OR 97401

Parties Represented: Plaintiff